UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GLENN HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:13-CV-635-FL |
| TOWN OF HOPE MILLS; OTIS WRIGHT; | ) | |
| JAMES ROSEN; ADELA CARRASCO; SABRA | ) | |
| ROSEN; LOS ANGELES COUNTY; LOS | ) | |
| ANGELES COUNTY DA'S OFFICE; STEVE | ) | |
| COOLEY; PETER GLICK; CLINTON & | ) | |
| CLINTON; DAVID CLINTON; ESIS ACE USA; | ) | |
| CULVER CITY PD; SONY PICTURES | ) | |
| ENTERTAINMENT; EVE CODDEN; HOLLY | ) | |
| LAKE; JAMES ZAPP; AMY DOW; PAUL | ) | |
| HASTINGS LLP; HEAD OF JUDICIAL | ) | |
| COUNCIL AND ADMINISTRATION OF 391 | ) | |
| LIST CA OF SUPREME COURT; LINDA | ) | |
| LEFKOWITZ; LAPD; MELLON; SCHMID & | ) | |
| VOILES; CA 2ND DISTRICT APPEALS COURT; | ) | |
| SANDRA BARRIENTO; KIM RUSSO; OPIEU | ) | |
| UNION; CHRISTINE PAGE; OPIEU NY; | ) | |
| CALIFORNIA ATTORNEY GENERAL'S | ) | |
| OFFICE; KIM WARDLAW; RAYMOND | ) | |
| FISHER; MARSHA BERZON; UNITED STATES | ) | |
| OF AMERICA; SUPREME COURT OF THE | ) | |
| STATE OF CALIFORNIA; CHIEF JUSTICE | ) | |
| RONALD GEORGE (Retired); CARLOS | ) | |
| MORENO; JOYCE KENNARD; KATHRYN | ) | |
| WERDEGAR; MING CHIN; MARVIN BAXTER; | ) | |
| CAROL CORRIGAN; THE JUDICIAL COUNCIL | ) | |
| OF CALIFORNIA; THE JUDICIAL COUNCIL OF | ) | |
| CALIFORNIA, HEAD OF 391 SECTION; COURT | ) | |
| OF APPEALS SECOND APPELLATE DISTRICT | ) | |
| OF CALIFORNIA; ROGER BOREN; SUPERIOR | ) | |
| COURT OF CALIFORNIA, COUNTY OF LOS | ) | |
| ANGELES; JOE HILBERMAN; KATHLEEN | ) | |
| McCO LGAN; TRAILER PARK, INC.; ROSEN & | ) | |
| SABRA LLP; and, COLLEEN R. SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge .

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered November 6, 2013; November 18, 2013; November 19, 2013; November 20, 2013; April 17, 2014; August 15, 2014; and August 29, 2014, and for the reasons set forth more specifically therein, that all claims arising in this case having been dismissed, the plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 5, 2014, and Copies To:**
All Counsel of Record (via CM/ECF Notice of Electronic Filing)
Glenn Henderson (via U.S. Mail) 5952 Cliffdale Road, Fayetteville, NC 28314


September 5, 2014                    JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk